■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARC PRINGLE, Appellant. [49 NYS3d 633]—Application by the

appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated February 24, 2016 (*People v Pringle*, 136 AD3d 1061 [2016]), affirming a judgment of the Supreme Court, Queens County, rendered October 2, 2012.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Rivera, J.P., Leventhal, Sgroi and Hinds-Radix, JJ., concur.